AO 187 (Rev. 7/87) Exhibit and Witness List"

FILED: **6/30/10**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

UNITED STATES DISTRICT COURT

____Eastern____ DISTRICT OF ____Texas____

UNITED STATES OF AMERICA
vs.
DAVID ALAN VOGEL

GOVERNMENT EXHIBIT LIST

CASE NO.  4:08cr224

| PRESIDING JUDGE<br>MARCIA CRONE | GOVERNMENT'S ATTORNEYS<br>Steven Buys, Kevin Collins, and Maureen Smith | DEFENDANT'S ATTORNEY<br>Thomas Smith and James Smith |
|---|---|---|
| Trial Date<br>6/21/2010 - 6/30/2010 | COURT REPORTER<br>Tonya Jackson | COURTROOM DEPUTY<br>Patricia Leger |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* **Government's Exhibits** |
|---|---|---|---|---|---|
| 1 | | 6/17/10 | X | X | Audio Tape conversation #1 with Dr. David Hoblit |
| 1a | | 6/17/10 | X | X | Transcript of Exhibit #1 |
| 2 | | 6/17/10 | X | X | 120 capsules Hydrocodone obtained 11/16/06 |
| 3 | | 6/17/10 | X | X | 60 capsules Alprazolam obtained 11/16/06 |
| 4 | | 6/17/10 | X | X | Audio Tape conversation #2 with Dr. David Hoblit |
| 4a | | 6/17/10 | X | X | Transcript of Exhibit #4 |
| 5 | | 6/17/10 | X | X | 150 capsules Hydrocodone obtained 4/17/07 |
| 6 | | 6/17/10 | X | X | 30 capsules Ambien obtained 4/17/07 |
| 7 | | 6/17/10 | X | X | 120 capsules Hydrocodone obtained 6/28/07 |
| 8 | | 6/17/10 | X | X | 238 capsules Hydrocodone obtained 10/3/07 |
| 9 | | 6/17/10 | X | X | 120 capsules Hydrocodone obtained 7/31/07 |
| 10 | | 6/17/10 | X | X | 120 capsules Hydrocodone obtained 7/31/07 |
| 11 | | 6/17/10 | X | X | Demonstrative chart of co-conspirators |
| 12 | | 6/17/10 | X | X | MPC customer sign-up forms |
| 13 | | 6/17/10 | X | X | Customer file for Paul Austraw undercover purchase |
| 17 | | 6/17/10 | X | X | Lab Report |
| 18 | | 6/17/10 | X | X | Lab Report |
| 19 | | 6/17/10 | X | X | Lab Report |
| 20 | | 6/17/10 | X | X | Lab Report |
| 21 | | 6/17/10 | X | X | Lab Report |
| 22 | | 6/17/10 | X | X | Lab Report |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev.7/87)                                                              EXHIBIT LIST (Continued)

| CASE STYLE: USA vs. DAVID ALAN VOGEL | | | | | CASE NO. 4:08cr224 |
|---|---|---|---|---|---|
| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| 23 | | 6/22/10 | X | X | Letter to Dale Sobek |
| 24 | | 6/17/10 | X | X | Employment Contract |
| 25 | | 6/17/10 | X | X | 10/25/02 email to Tyra Barnett from David Vogel |
| 26 | | 6/17/10 | X | X | 4/17/02 email from Tyra Barnett to David Vogel |
| 27 | | 6/17/10 | X | X | 4/26/02 email from Tyra Barnett to David Vogel |
| 28 | | 6/17/10 | X | X | 5/3/02 email from Tyra Barnett to David Vogel |
| 29 | | 6/17/10 | X | X | 4/2/03 email to Tyra Barnett from David Vogel |
| 30 | | 6/17/10 | X | X | 4/14/03 email regarding Kristine Ward |
| 32 | | 6/17/10 | X | X | 6/24/04 email regarding addicted customer |
| 33 | | 6/17/10 | X | X | 11/13/03 email regarding selling prescriptions |
| 33a | | 6/17/10 | X | X | 9/12/04 letter regarding VIPPS |
| 34 | | 6/17/10 | X | X | 1/24/05 email regarding selling prescriptions |
| 35 | | 6/17/10 | X | X | Plea Agreement (Carrie Demers) |
| 36 | | 6/17/10 | X | X | Statement of Facts (Carrie Demers) |
| 37 | | 6/17/10 | X | X | 1/3/07 email from Carrie Demers to David Vogel |
| 39 | | 6/17/10 | X | X | 4/13/07 email from Carrie Demers to David Vogel |
| 40 | | 6/17/10 | X | X | 4/19/07 email from Carrie Demers to David Vogel |
| 41 | | 6/17/10 | X | X | 5/2/07 email to Carrie Demers from David Vogel |
| 42 | | 6/17/10 | X | X | 5/2/07 email from Carrie Demers to David Vogel |
| 43 | | 6/17/10 | X | X | 6/1/06 email from Carrie Demers to Lawrence Schwartz |
| 44 | | 6/17/10 | X | X | 6/6/02 email from Tyra Barnett to David Vogel |
| 45 | | 6/17/10 | X | X | 11/5/07 email from David Vogel to Jonathan Vogel |
| 46 | | 6/17/10 | X | X | 10/9/07 email to Carrie Demers from David Vogel |
| 47 | | 6/17/10 | X | X | MPC protocol and related documents |
| 48 | | 6/17/10 | X | X | MPC protocol |
| 49 | | 6/17/10 | X | X | 3/15/06 email from Carrie Demers to David Vogel |
| 50 | | 6/17/10 | X | X | 10/1/02 MPC employee agreement regarding DEA |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.                    2 of 8 Pages

AO 187A (Rev.7/87)                                                                                          EXHIBIT LIST (Continued)

| CASE STYLE: USA vs. DAVID ALAN VOGEL | | | | | CASE NO. 4:08cr224 | |
|---|---|---|---|---|---|---|
| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES | |
| 51 | | 6/17/10 | X | X | 9/7/06 email to Carrie Demers from David Vogel | |
| 52 | | 6/17/10 | X | X | 8/16/06 email from Carrie Demers to Renee Lemoine | |
| 53 | | 6/17/10 | X | X | 8/16/06 email to Carrie Demers from Larry Schwartz | |
| 54 | | 6/17/10 | X | X | 8/16/06 email from Lawrence Schwartz to David Vogel and Carrie Demers | |
| 55 | | 6/17/10 | X | X | 12/5/05 email regarding Hydrocodone addict customer | |
| 56 | | 6/17/10 | X | X | VIPPS rejection fo MPC pharmacy | |
| 57 | | 6/17/10 | X | X | 4/28/06 email from Carrie Demers to Larry Schwartz | |
| 58 | | 6/17/10 | X | X | 8/29/07 email from Jonathan Vogel to David Vogel | |
| 59 | | 6/17/10 | X | X | 10/1/07 email from Jonathan Vogel to Jessica McNellis | |
| 60 | | 6/17/10 | X | X | MPC customer notice | |
| 62 | | 6/17/10 | X | X | MPC spreadsheet regarding Maggie Pepe screenings | |
| 63 | | 6/17/10 | X | X | Customer file for Louis Rodriguez | |
| 64 | | 6/17/10 | X | X | Customer file for Mike Hilbert | |
| 65 | | 6/17/10 | X | X | Customer file for Jeffrey Bowers | |
| 66 | | 6/17/10 | X | X | Customer file for Jeffrey Bowers | |
| 67 | | 6/17/10 | X | X | Customer file for Katherine Moore | |
| 68 | | 6/17/10 | X | X | Customer file for Ryan Neis | |
| 69 | | 6/17/10 | X | X | Customer file for Brett Nelson | |
| 70 | | 6/17/10 | X | X | Customer file for Kristine Ward | |
| 71 | | 6/17/10 | X | X | Customer file for Danny Dickens | |
| 72 | | 6/17/10 | X | X | Customer file for Garret Anderson | |
| 73 | | 6/17/10 | X | X | Customer file for Matthew Todd | |
| 74 | | 6/23/10 | X | X | 3/7/06 email from Carrie Demers to David Vogel | |
| 76 | | 6/17/10 | X | X | Plea Agreement (David L. Hoblit) | |
| 77 | | 6/17/10 | X | X | Statement of Facts (David L. Hoblit) | |
| 78 | | 6/17/10 | X | X | Handwritten note from Jonathan Vogel | |
| 79 | | 6/17/10 | X | X | Hoblit employment contract with MPC | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev.7/87)            EXHIBIT AND WITNESS LIST (Continued)

| CASE STYLE: USA vs. DAVID ALAN VOGEL | | | | | CASE NO. 4:08cr224 |
|---|---|---|---|---|---|

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| 85 | | 6/17/10 | X | X | Plea Agreement (Ghassan Naddaf) |
| 86 | | 6/17/10 | X | X | Statement of Facts (Ghassan Naddaf) |
| 87 | | 6/17/10 | X | X | 10/4/06 email from Ghassan Naddaf to David Vogel |
| 88 | | 6/17/10 | X | X | 10/9/06 email from Ghassan Naddaf to David Vogel |
| 88a | | 6/17/10 | X | X | 10/9/06 email to Ghassan Naddaf from David Vogel |
| 91 | | 6/17/10 | X | X | Summary Schedule of MPC Proceeds (2001-2007) |
| 92 | | 6/17/10 | X | X | Bank Signature Card for WAMU acct # . . . 1622 (Hamilton Agency, L.L. C.) |
| 93 | | 6/17/10 | X | X | Bank Signature Card for WAMU acct # . . . 8996 (Hamilton Agency, L.L.C.) |
| 94 | | 6/17/10 | X | X | Summary Schedule of MPC Payments to Doctors (2001 - 2007) |
| 95 | | 6/17/10 | X | X | Summary Schedule of MPC Payments to Pharmacies (2001 - 2007) |
| 96 | | 6/17/10 | X | X | Summary Schedule of MPC Payments to Ancillary Providers (2002 - 2007) |
| 97 | | 6/17/10 | X | X | Summary Schedule of MPC Payments for Advertising (2001 - 2006) |
| 98 | | 6/17/10 | X | X | Demonstrative regarding promotion |
| 99 | | 6/17/10 | X | X | 2001 Certified Tax Records - the Hamilton Agency, LLC |
| 100 | | 6/17/10 | X | X | 2002 Certified Tax Records - the Hamilton Agency, LLC |
| 101 | | 6/17/10 | X | X | 2003 Tax Records - Hamilton Agency, L.L.C. |
| 102 | | 6/17/10 | X | X | 2004 Certified Tax Records -Hamilton Agency, L.P. |
| 103 | | 6/17/10 | X | X | 2005 Certified Tax Records -Hamilton Agency, L.P. |
| 104 | | 6/17/10 | X | X | 2006 Certified Tax Records -Hamilton Agency, L.P. |
| 105 | | 6/17/10 | X | X | 2001 Personal Tax Records - David Vogel |
| 106 | | 6/17/10 | X | X | 2002 Certified Personal Tax Records - David Vogel |
| 107 | | 6/17/10 | X | X | 2003 Certified Personal Tax Records - David Vogel |
| 108 | | 6/17/10 | X | X | 2004 Certified Personal Tax Records - David Vogel |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.      Page __4__ of __8__ Pages

AO 187A (Rev.7/87)                                                                EXHIBIT AND WITNESS LIST (Continued)

| CASE STYLE: USA vs. DAVID ALAN VOGEL | | | | | CASE NO. 4:08cr224 |
|---|---|---|---|---|---|
| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
| 109 | | 6/17/10 | X | X | 2005 Certified Personal Tax Records - David Vogel |
| 110 | | 6/17/10 | X | X | 2006 Personal Tax Records - David Vogel |
| 111 | | 6/17/10 | X | X | Demonstrative regarding coin transaction |
| 112 | | 6/17/10 | X | X | Invoice for coin purchase |
| 113 | | 6/17/10 | X | X | Method of Payment for Coin Purchase: Wire from First Republic Bank Savings Acct # . . . 3755 |
| 114 | | 6/17/10 | X | X | First Republic Bank signature card for Acct # . . . 3755 |
| 115 | | 6/17/10 | X | X | Confirmation of wire payment into ANR Account |
| 116 | | 6/17/10 | X | X | Bank statement reflecting payment for coin purchase |
| 117 | | 6/17/10 | X | X | FedEx shipping record confirming shipment of coin |
| 119 | | 6/17/10 | X | X | Demonstrative regarding condo transaction |
| 120 | | 6/17/10 | X | X | New York City Sheriff's Office Memorandum of Sale |
| 121 | | 6/17/10 | X | X | Title Insurance Schedule A |
| 121a | | 6/17/10 | X | X | Trump Tower Condominium Deed |
| 122 | | 6/17/10 | X | X | Three Chase Bank withdrawal request slips for cashier's checks re: condo |
| 123 | | 6/17/10 | X | X | Method of down payment one: $157,000 Cashier's Check from Chase Acct # . . . 5965 |
| 124 | | 6/17/10 | X | X | Method of down payment one: $190,000 Cashier's Check from Chase Acct # . . . 7765 |
| 125 | | 6/17/10 | X | X | Method of down payment one: $510,000 Cashier's Check from Chase Acct # . . . 5901 |
| 126 | | 6/17/10 | X | X | Method of down payment one: $200,000 Cashier's Check from WAMU Acct # . . . 1622 |
| 127 | | 6/17/10 | X | X | Method of down payment one: $43,000 Cashier's Check from WAMU Acct # . . . 5965 |
| 128 | | 6/17/10 | X | X | Chase Bank signature cards for Accts #...5901, #...5965, #...7765 |
| 129 | | 6/17/10 | X | X | Bank statement reflecting down payment one: Chase Acct#...5965 ($157,000) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.          Page  5  of  8  Pages

AO 187A (Rev.7/87)                                                    EXHIBIT AND WITNESS LIST (Continued)

| CASE STYLE: USA vs. DAVID ALAN VOGEL | | | | | CASE NO. 4:08cr224 |
|---|---|---|---|---|---|
| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
| 130 | | 6/17/10 | X | X | Bank statement reflecting down payment two: Chase Acct #...7765 ($190,000) |
| 131 | | 6/17/10 | X | X | Bank statement reflecting down payment three: Chase Acct #...5901 ($510,000) |
| 132 | | 6/17/10 | X | X | Bank statement reflecting down payment four: WAMU Acct #...1622 ($200,000) |
| 133 | | 6/17/10 | X | X | Bank statement reflecting down payment five: WAMU Acct #... 1622 ($43,000) |
| 135 | | 6/17/10 | X | X | Summary Schedule of Payments for Trump Tower (2004 - 2007) |
| 136 | | 6/17/10 | X | X | Summary Schedule of Total MPC Payments to David Vogel (2001 - 2007) |
| 137 | | 6/17/10 | X | X | First Republic Bank Master Signature Card for Acct #... 6959 and Acct #...3975 |
| 138 | | 6/17/10 | X | X | 19 drug packages seized from FedEx |
| 139 | | 6/17/10 | X | X | Lab reports fro Exhibit #138 |
| 140 | | 6/17/10 | X | X | Hamilton Agency Private Placement Memorandum |
| 141 | | 6/17/10 | X | X | MPC E-Zine Newsletter |
| 142 | | 6/17/10 | X | X | CTS Merchant Account Application |
| 143 | | 6/17/10 | X | X | Discover Merchant Account Application |
| 144 | | 6/17/10 | X | X | Correspondence from Michael Cooper to David Vogel |
| 145 | | 6/17/10 | X | X | 5/28/01 email from David Vogel |
| 146 | | 6/17/10 | X | X | Five Hydrocodone pills |
| 147 | | 6/17/10 | X | X | Lab report of Exhibit #146 |
| 148 | | 6/17/10 | X | X | Table of bulk Hydrocodone purchases |
| 149 | | 6/17/10 | X | X | Graph of bulk Hydrocodone purchases |
| 150 | | 6/17/10 | X | X | 9/26/07 email from Jonathan Vogel to David Vogel |
| 151 | | 6/17/10 | X | X | Summary schedule of Compounding Rx Apothecary prescriptions |
| 152 | | 6/17/10 | X | X | Summary schedule of Memorial City Professional Pharmacy prescriptions |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.          Page  6  of  8  Pages

AO 187A (Rev. 7/87)                                                                EXHIBIT AND WITNESS LIST (Continued)

| CASE STYLE: USA vs. DAVID ALAN VOGEL | | | | | CASE NO. 4:08cr224 |
|---|---|---|---|---|---|

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| 153 | | 6/17/10 | X | X | Summary Schedule of MPC Transfer Payments to Various Accounts |
| 154 | | 6/17/10 | X | X | First Republic Bank Signature Card for Acct #...7395 |
| 155 | | 6/17/10 | X | X | TD Bank North Signature Card for Acct #...2097 |
| 156 | | 6/17/10 | X | X | David Vogel MPC file |
| 157 | | 6/17/10 | X | X | 9/7/07 email from Jonathan Vogel to David Vogel |
| 158 | | 6/17/10 | X | X | 10/29/07 email from Jonathan Vogel to David Vogel |
| 159 | | 6/17/10 | X | X | 10/2/06 email from Carrie Demers to Renee Lemoine |
| 171 | | 6/17/10 | X | X | Joint Agreed Trial Stipulations |
| 172 | | 6/17/10 | X | X | Medisca Declaration from Eric Fox |
| 173 | | 6/17/10 | X | X | Medisca Declaration from Jack Munn |
| 175 | | 6/22/10 | X | X | Texas Administrative Code, Part 9, Chapter 174 |
| 176 | | 6/25/10 | X | X | Texas Intractable Pain Treatment Act |
| 180 | | 6/25/10 | X | X | Letter from David Vogel to Mr. Cooper - 1/8/2001 |
| 181 | | 6/25/10 | X | X | Letter to David Vogel from Mr. Cooper - 1/31/2001 |
| 183 | | 6/25/10 | X | X | Letter to David Vogel from Mr. Cooper - 4/20/2001 |
| 184 | | 6/25/10 | X | X | Letter to David Vogel from Mr. Cooper - 11/8/2001 |
| 186 | | 6/25/10 | X | X | Letter to David Vogel from Mr. Cooper - 4/9/2002 |
| 187 | | 6/25/10 | X | X | Letter to David Vogel and LaDonna Carroll - 4/18/2002 |
| 190 | | 6/25/10 | X | X | Legal Issues - Madison Pain Clinic - 4/9/2002 |
| 191 | | 6/28/10 | X | X | Email from David Vogel to Douglas Grover - 9/13/07 |
| 194 | | 6/18/10 | X | X | Email from David Vogel to Jonathan Vogel - 9/4/07 |
| 195 | | 6/28/10 | X | X | Email from David Vogel to Carrie Demers - 11/8/06 |
| 196 | | 6/28/10 | X | X | Email from David Vogel to Carrie Demers - 11/7/06 |
| 197 | | 6/28/10 | X | X | Email from Jon Vogel to David Vogel - 9/12/07 |
| 199a | | 6/28/10 | X | X | Redacted letter from David Vogel to Doug Grover |
| 201 | | 6/28/10 | X | X | Letter Brief to Jonathan Vogel - 9/14/2007 |
| 202 | | 6/28/10 | X | X | Letter Brief to Jonathan Vogel - 9/26/2007 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 7 of 8 Pages

AO 187A (Rev.7/87)  EXHIBIT AND WITNESS LIST (Continued)

| CASE STYLE: USA vs. DAVID ALAN VOGEL | | | | | CASE NO. 4:08cr224 |
|---|---|---|---|---|---|
| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
| 205 | | 6/29/10 | X | X | Email from Douglas Grover to David Vogel - 1/30/2004 |
| 206 | | 6/29/10 | X | X | Email from David Vogel to Douglas Grover - 2/1/2004 |
| 302 | | 6/29/10 | X | X | Fax from Douglas Grover to David Vogel - 4/14/2003 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 8 of 8 Pages